

| | | |
|---|---|---|
| Thomas C. Fenton * | Timothy F. Mann * | * Licensed in Kentucky |
| John T. McGarvey * | Paul E. McLemore ‡ | ‡ Licensed in Tennessee |
| David R. Anderson ∇ † | Adam R. Newhouse ∇ | ¥ Licensed in Indiana |
| Robert L. Baroska, III ❖ □ | Julia M. Pike * ¥ | ◇ Licensed in Ohio |
| Courtney E. Carr ✦ | Richard A. Russell ⅄ φ ◨ ✪ | ⅄ Licensed in Georgia |
| Timothy L. Edington ‡ | Carl E. Zapffe ❖ ¤ | ✦ Licensed in Illinois |
| Keith J. Golub ¤ ❖ | | ∇ Licensed in Colorado |
| Bryan H. Hayes * ★ | | † Licensed in New Mexico |
| Kathryn H. Hogan * ◇ ✦ | New York Office | ¤ Licensed in New York |
| Paul J. Klemm ¤ ❖ □ ● | 1221 Avenue of the Americas | ❖ Licensed in New Jersey |
| Michael J. Linden ◇ | Suite 4200 | □ Licensed in Pennsylvania |
| Charles L. Litow ● ★ △ | New York, NY 10020 | ● Licensed in California |
| | | ★ Licensed in Iowa |
| | NYCDCA LIC. 2015295 | △ Licensed in Missouri |
| | | φ Licensed in Florida |
| | | ◨ Licensed in Nevada |
| | | ✪ Licensed in Utah |

**FENTON & McGARVEY**
—— LAW FIRM, P.S.C. ——

**2401 Stanley Gault Parkway**
**Louisville, Kentucky  40223**

Phone:  973-618-0000    Toll Free:  855-830-4291    Fax:  973-618-0647

May 13, 2015

**E-Filed via CM/ECF**

Clerk's Office
United States District Court
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Room 2020
Trenton, NJ 08608

> Re:    Janet Harary v. Fenton & McGarvey Law Firm, P.S.C.
> Case #: 15-cv-01824-PGS-DEA
> Our File #: FM000002

Dear Sir or Madam:

This office is the *pro se* defendant in the above-referenced matter.  Enclosed herewith, in lieu of a responsive pleading, is a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6).  Kindly file same and then forward the enclosed motion to the Honorable Peter G. Sheridan, U.S.D.J., to whom this case has been assigned.  (Please also note that the enclosed motion does not contain either a certification of no other actions pending or an ownership disclosure statement, both of which were already filed on April 6, 2015.)  Should any questions arise, please feel free to contact the undersigned.  Barring that, thank you for your courtesies in this regard.

> Very truly yours,
> Fenton & McGarvey Law Firm, P.S.C.
>
>
> By:   */s/ Carl E. Zapffe*
>       Carl E. Zapffe, Esq.

cc:    *(See Attached Service List)*

File #: FM000002
C368/CZ/*scan*

THIS COMMUNICATION IS FROM A DEBT COLLECTOR

**SERVICE LIST FOR CASE #15-01824-PGS-DEA**
**(NKG FILE #FM000002)**

**Via CM/ECF and First Class Mail**
Janet Harary
c/o Ari H. Marcus, Esq.
Marcus Law, LLC
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712

**Courtesy Copy via First Class Mail**
Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Courtroom 4E
Trenton, NJ 08608

**Courtesy Copy via First Class Mail**
Honorable Douglas E. Arpert, U.S.M.J.
United States District Court
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street, Courtroom 6W
Trenton, NJ 08608